IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOMINIQUE DEWAYNE GULLEY-
FERNANDEZ,

                  Plaintiff,                              ORDER

  v.

                                                           19-cv-354-wmc

MARK HEISE, Director of the Bureau of
Classification and Movement,

                  Defendant.

---

*Pro se* plaintiff Dominique DeWayne Gulley-Fernandez is proceeding in this lawsuit on First Amendment retaliation and Eighth Amendment deliberate indifference claims against defendant Mark Heise, on claims challenging Heise's failure to respond to Gulley-Fernandez's requests for a transfer to a different institution to avoid assaults and harassment by other inmates and prison staff. On March 4, 2022, defendant filed a motion for summary judgment on the ground that plaintiff failed to exhaust her administrative remedies with respect to all claims in this lawsuit. (Dkt. #32.) The court set March 25, 2022, as plaintiff's opposition deadline. That deadline has passed, and Gulley-Fernandez neither responded to defendant's motion nor requested additional time to oppose that motion, suggesting that she has abandoned her claims in this lawsuit. The court will give Gulley-Fernandez one more chance to respond to defendant's motion: she now has until **April 28, 2022**, to file an opposition to defendant's motion for summary judgment. Gulley-Fernandez is advised that her failure to meet this deadline will cause the court to dismiss this case with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

IT IS ORDERED that:

1) Plaintiff may have until **April 28, 2022,** to file a response to defendant's motion for summary judgment.

2) **If plaintiff does not respond by that date, the court will dismiss her claims in this lawsuit with prejudice, for failure to prosecute.**

Dated this 7th day of April, 2022.

                              BY THE COURT:

                              /s/

                              WILLIAM M. CONLEY
                              District Judge